MAX KURZROK, Inc., v. DEBENHAM, GARDINER & CO., Limited. (Circuit Court of Appeals, Second Circuit. March 6, 1923.) No. 181. In Error to the District Court of the United States for the Southern District of New

York. Action by Debenham, Gardiner & Co., Limited, against Max Kurzrok, Inc. Judgment for plaintiff, and defendant brings error. Affirmed. Mc-Laughlin & Stern, of New York City (Martin Lippman, of New York City, of counsel), for plaintiff in error. Abraham Allenberg, of New York City (George Edwin Joseph, of New York City, of counsel), for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.